# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JERRY D. ALLEN,**

        **Plaintiff,**

**-vs-**                                                                  **Case No. 6:06-cv-1463-Orl-31JGG**

**WBC CONSTRUCTION, LLC,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Motion for Approval of Settlement (Doc. 20), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved[1] and the case is dismissed with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 30, 2006.

                                                           GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Since the parties have filed the Settlement Agreement in the public record, portions of paragraph 2.b. appear inapplicable.